FILED

2010 OCT 21  AM 10: 10

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S)  v. | 10-2613M |
| Govrgen MMmanin  DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: ____FBI____ Indictment
in the __Southern__ District of __NY__ on __9/30/10__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __1962 (5) 1347, 1349__
to wit: _____

A warrant for defendant's arrest was issued by: __Henry Pitman U.S. magistrate judge__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __10/21/10__, by

_____, Deputy Clerk.

_____        __Joseph Choi__
Signature of Agent           Print Name of Agent

__FBI__                      __Special Agent__
Agency                       Title

CR-52 (05/98)        AFFIDAVIT RE OUT-OF-DISTRICT WARRANT