FILED

2010 OCT 21 AM 10: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, PLAINTIFF

v.

Gourgen Mirimanian DEFENDANT(S).

CASE NUMBER: 10-2613M

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 7:52 10/21/10 ☑ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☑ No ☐
3. Charges under which defendant has been booked: ~~Gourgen Mirimanian~~ 18 USC 1962(5) 1347, 1349
4. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes ☑ No ☐ Unknown
6. Interpreter Required: ☑ No ☐ Yes: ______ (Language)
7. Year of Birth: 1964
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): LA
10. Date detainer placed on defendant: ______
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. ______)
12. Does the defendant have retained counsel ? ☐ No
    ☑ Yes Name: George Mgdesyan Mgdesyan and Phone Number: 818-378-7139
13. Did you notify Pretrial Services? ☐ No
    ☑ If yes, please list Officer's Name: Duty Time: 9:30 AM / PM
14. Remarks (if any): ______

15. Date: 10/21/10 16. Name: Joseph Choi (Please Print)
17. Agency: FBI 18. Signature: [signature]
19. Office Phone Number: 310-477-6565